Joel P. Kelly (SBN 100716)
Nikki L. Wilson (SBN 218744)
JACKSON LEWIS, LLP
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408
(213) 689-0404 - Office
(213) 689-0430 - Fax

Attorneys for Defendant
EXEL GLOBAL LOGISTICS INC.

Daniel Berko (SBN 94912)
819 Eddy Street
San Francisco, CA 94402
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorneys for Plaintiff
FRANK ENGELS

FILED
JUL 25 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENGELS, | USDC CASE NO.: C 04-3944 BZ  MHP |
| Plaintiff, | |
| vs. | JOINT STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER THEREON |
| EXEL GLOBAL LOGISTICS, INC. and DOES 1 TO 25, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff FRANK ENGELS and Defendant EXEL GLOBAL LOGISTICS, INC., by and through their respective attorneys of record, that:

1. This is an action for unpaid wages and commissions.

2. The parties have reached a confidential settlement by which they have resolved all issues relating to this action. The settlement papers have been exchanged and the parties contemplate that the settlement will be completed not later than August 1, 2005.

4

JOINT STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER THEREON

3. Accordingly, the parties request that the Court set an order to show cause re dismissal for August 2, 2005.

So stipulated.

Dated: July 5, 2005

JACKSON LEWIS LLP

By: _____
Joel P. Kelly
Nikki L. Wilson

Attorneys for Defendants
EXEL GLOBAL LOGISTICS INC.

Dated: July 5, 2005

LAW OFFICES OF DANIEL BERKO

By: _____
Daniel Berko

Attorneys for Plaintiff
FRANK ENGELS

5
JOINT STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER THEREON

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT this matter is set for further status conference and hearing on an Order to Show Cause re dismissal at 3:00 p.m. on August 8, 2005. No appearance is required if the parties notify the Court that the settlement has been completed not later than 3:00 p.m. on August 1, 2005.

DATED: July 25, 2005

_____
UNITED STATES DISTRICT JUDGE

---

6

**JOINT STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER THEREON**